UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EHSAN MATOORI BERIMIASL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA J. BONDI Attorney General, *et al.*,<br><br>Defendants. | Civil No. 24-cv-3284 (APM) |

**ORDER**

For the reasons stated in the court's Memorandum Opinion, ECF No. 7, the court grants Defendants' Motion to Dismiss, ECF No. 4.

This is a final, appealable order.

Dated: September 23, 2025

Amit P. Mehta
United States District Judge